# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

_____

ANTHONY LAMONT JONES,

        Petitioner,

v.                                                 Case No. 09-CV-0451

GREGORY GRAMS,

        Respondent.

_____

## ORDER

On May 26, 2009, Petitioner Anthony Lamont Jones ("Jones") filed a motion for voluntary dismissal of his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The motion was filed in response to this court's May 12, 2009 order conducting a Rule 4 screening of Jones' petition and directing Jones to file all applicable state court decisions regarding the convictions challenged in his habeas petition. In its order, the court advised Jones that, based on the only information before it, he had not exhausted all state court remedies on each of his claims. The court then invited Jones to provide the applicable state court decisions demonstrating that he completed the required exhaustion. Instead of filing the state court decisions as directed, Jones filed a motion for voluntary dismissal in order to exhaust his claims. The court will grant his motion and dismiss the case without prejudice.

        Accordingly,

**IT IS ORDERED** that Jones's motion for voluntary dismissal (Docket #4) be and the same is hereby **GRANTED** and the case is hereby **DISMISSED without prejudice.**

The Clerk of Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 12th day of June, 2009.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge